

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |  |
|---|---|---|---|
| | § | | |
| DAVID E. JONES, | § | No. 08-19-00111-CV | |
| Appellant, | § | Appeal from the | |
| v. | § | County Court at Law No. 1 | |
| ERIC M. WILLIE AND WILLIAM D. POWERS, | § | of Travis County, Texas | |
| | § | (TC# C-1-CV-17-003737) | |
| Appellees. | § | | |

# **O R D E R**

By opinion and judgment issued this same date in cause number 08-19-00196-CV, the Court granted Appellant's motion to consolidate cause number 08-19-00196-CV with cause number 08-19-00111-CV and dismissed cause number 08-19-00196-CV. The notice of appeal filed in cause number 08-19-00196-CV has been filed as an amended notice of appeal in this cause number. Further, Appellant's motion filed on July 31, 2019 in cause number 08-19-00196-CV has been filed in this cause number. The clerk's record filed in the instant appeal does not include the notice of appeal filed by Appellant with the trial court clerk on May 30, 2019. Therefore, a supplemental clerk's record containing that notice of appeal is due to be filed in this Court on or before August 12, 2019. In the event it is necessary to supplement the clerk's record with any other items, Appellant is directed to immediately take steps to ensure they are included in the supplemental clerk's record. Appellant's brief is due to be filed on August 9, 2019.

IT IS SO ORDERED this 1st day of August, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.